# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 06-795V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                *
ROBERT BEVILL                   *
and JANICE BEVILL,              *
as parents of VB, a minor,      *
                                *
             Petitioners,       *
                                *    Filed:  August 18, 2015
        v.                      *
                                *    Decision on Attorneys'
SECRETARY OF HEALTH AND         *    Fees and Costs
HUMAN SERVICES                  *
                                *
             Respondent.        *
                                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on March 11, 2015.  On July 30, 2015, Petitioners filed an Application for award of attorneys' fees and costs in this matter.  Petitioners' Application requests a total payment of $4,351.18, representing attorneys' fees and costs of $2,401.80, and $1,949.38 of costs expended by Petitioners.

Respondent has not filed any objection to Petitioners' Application for award of attorneys' fees and costs.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2006).

- a lump sum of $2,401.80, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Richard Gage, on account of services performed by counsel's law firm.

- a lump sum of $1,949.38, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.